CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Daniel Gregory Ingram**<br>DOB: 2004; United States | DOCKET NO. |
| | MAGISTRATE'S CASE NO.<br>25-02791MJ |
| Complaint for violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) 1324(a)(1)(B)(i) | |

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**
On or about December 8, 2025, in the District of Arizona, **Daniel Gregory Ingram**, knowing and in reckless disregard of the fact that certain illegal aliens, including Hermenegildo De Los Santos-Solano, had come to, entered, and remained in the United States in violation of law, did transport and move said aliens within the United States by means of transportation and otherwise, in furtherance of such violation of law and did so for the purpose of private financial gain; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i).**

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**
On December 8, 2025, in the District of Arizona (Nogales), Border Patrol Agents (BPAs) working with the Nogales Border Patrol Station's Disrupt unit in unmarked service vehicles were conducting surveillance in the Holy Cross Hospital area. This area is well-known for smuggling activity due to its close proximity to the International Boundary Barrier (IBB). The area northeast of the parking lots contains heavy brush and dense vegetation, which provides concealment for illegal aliens waiting to be picked up by vehicles. BPAs observed a purple 2002 Chrysler PT Cruiser, bearing Arizona license plate FXA9J3, quickly stop in the parking area near the brush before driving off. This was suspicious to BPAs as this behavior is consistent with smuggling vehicles that will arrive at a location briefly to pick up aliens. BPAs then followed the vehicle as it made several stops and turns onto multiple streets before proceeding northbound on Interstate 19 (I-19). The vehicle then exited onto East Ruby Road and made several more turns onto multiple streets before turning onto Calle Chiapas and stopping on the side of the road. This is a well-known area used by smugglers to hide illegal aliens due to the heavy vegetation in the area. The vehicle then proceeded back to I-19 and travelled southbound. The Disrupt unit then requested BPAs driving marked service vehicles with emergency equipment to conduct a vehicle stop of the PT Cruiser to perform an immigration inspection on the occupants of the vehicle. After exiting I-19 onto Target Range Road, BPAs initiated a vehicle stop, and the vehicle yielded at the intersection of Arroyo Boulevard and Walnut Street. BPAs approached the vehicle and identified the driver as **Daniel Gregory Ingram**. Record checks revealed Ingram has an active warrant out of Pima County, Arizona for aggravated assault with a deadly weapon. BPAs noticed camouflage clothing in the back seat of the vehicle, consistent with that used by illegal aliens to avoid detection. BPAs also noticed two cell phones in the vehicle. One of the phones was heard alerting with the audible phrase "GPS signal lost". BPAs noted this as suspicious as load drivers will usually receive directions of where to pick up aliens and where to transport and drop them off via map waypoints through cell phone. BPAs then backtracked where the vehicle made previous stops and searched those immediate areas. BPAs discovered an individual hidden in the brush on Calle Chiapas, where the vehicle was seen stopped.
**Continued on next page.**

MATERIAL WITNESS IN RELATION TO THE CHARGE: Hermenegildo De Los Santos-Solano

| Detention Requested<br><br>*Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.* | SIGNATURE OF COMPLAINANT<br><br>OFFICIAL TITLE<br>Nick Piccolo<br>Border Patrol Agent |
|---|---|
| Sworn by telephone  x<br>SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>December 9, 2025 |

[1] See Federal Rules of Criminal Procedure Rules 3, 4.1, and 54
Reviewing AUSA: Chamblee

Continued from front page.

25-02791MJ

An immigration inspection was conducted, and the individual admitted to being a citizen of Mexico, present in the United States illegally. Record checks revealed the subject was not in possession of the proper documentation to enter, pass through, or remain in the United States.

Material witness, Hermenegildo De Los Santos-Solano, stated he is a citizen of Mexico and made arrangements to be smuggled into the United States, with a final destination of Fresno, California. He claimed he already paid $2,000 USD as a smuggling fee and would have to pay a total of $8,000 USD. He crossed the IBB alone and was guided by cell phone. He stated he walked to an area near a road with trees and waited a half an hour. He claimed he was told a small maroon vehicle would pick him up. He stated the vehicle honked its horn for him to come out. He entered the vehicle's back seat and laid down. He stated after arriving at a location, the driver told him to get out.

After waiving his *Miranda* rights, **Ingram** stated he drove to Nogales from Tucson, Arizona on December 8, 2025. He stated he came to pick up illegal aliens and transport them north, then drop them off at other locations where they would then be picked up by someone else. He stated he needed money and was desperate as he was unable to get a job. He stated it has been difficult to get a job due to the warrant for his arrest and has been on the run. He claimed he was going to get paid in cash but was unaware of the amount. He stated he took a shuttle to Nogales and picked up a vehicle that was waiting for him with the keys in the vehicle. He was then given directions on where to pick up the individual. He stated he drove near the hospital, where the person was waiting. He was then told to drop him off in Rio Rico, Arizona, at an unknown location. He was told once he was done picking up aliens to drop the vehicle off at the same location where he picked it up. He consented to a phone search, which revealed that he picked up aliens twice on that day. Recordings were discovered on his phone of him asking the aliens questions and videos of them being dropped off by **Ingram**.